**Judgment in a Civil Case**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL JON THOMAS GRAY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL NO. 09-CV-444-PMF** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came before the Court for judicial review of the Commissioner's decision. The Court having rendered its decision affirming the Commissioner's final decision denying benefits,

**IT IS ORDERED AND ADJUDGED** that judgment be, and it is, hereby, entered in favor of defendant, Michael J. Astrue, Commissioner of Social Security, and against plaintiff, Michael Jon Thomas Gray.

**DATED:** September 30, 2010          N<small>ANCY</small> J. R<small>OSENSTENGEL</small>, C<small>LERK</small>

                                                                        By: s/Karen R. Metheney
                                                                        Deputy Clerk

**APPROVED:**

*s/Philip M. Frazier*
**H<small>ON</small>. P<small>HILIP</small> M. F<small>RAZIER</small>**
**U<small>NITED</small> S<small>TATES</small> M<small>AGISTRATE</small> J<small>UDGE</small>**